Richard J. Wotipka             Honorable Timothy W. Dore
BROADWAY LAW GROUP             Chapter 13
707 East Harrison              Hearing Date: December 5, 2018
Seattle, WA 98102              Hearing Time: 9:30 am
(206) 623-2020                 Response Date: November 28, 2018
rjw@bwseattlelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:                              )   No. 18-13536
                                    )
   LUU LE,                          )   MOTION FOR ORDER
         Debtor(s).                 )   AUTHORIZING WITHDRAWAL
                                    )   OF COUNSEL
                                    )

COMES NOW Richard J. Wotipka, debtor's counsel of record, and, pursuant to Local Rules W.D. Wash. Bankr. RULE 2089-1, moves an order authorizing his withdrawal as attorney for the debtor in this proceeding.

1.) The debtor's mailing address, telephone number and email address are as follows:
   Luu Le
   8823 Renton Ave. S., #2
   Seattle, WA 98118-4918
   (206) 276-4559
   luule92@gmail.com

2.) No deadlines, hearings, or trials will be automatically continued as a result of the requested withdrawal.

                                        Broadway Law Group

Dated: 11/05/2018                   By: S/Richard J. Wotipka
                                        Richard J. Wotipka
                                        Attorneys for the debtor

CERTIFICATION OF COUNSEL

I, Richard J. Wotipka, under penalty of perjury, do hereby certify that I have served a copy of this motion upon the debtor, by on this date placing a copy of the motion addressed to the debtor for delivery *via* First Class United States Mail.

DECLARATION - 1

BROADWAY LAW GROUP
1707 EAST HARRISON
SEATTLE, WASHINGTON 98102
(206) 623-2020
Fax (206) 682-6148

Case 18-13536-TWD    Doc 16    Filed 11/05/18    Ent. 11/05/18 15:42:09    Pg. 1 of 2

1

Dated: <u>November 5th, 2018</u>     By: <u>S/Richard J. Wotipka</u>
          Richard J. Wotipka

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION - 2

BROADWAY LAW GROUP
1707 EAST HARRISON
SEATTLE, WASHINGTON 98102
(206) 623-2020
FAX (206) 682-6148