Judge: Timothy W. Dore
Chapter: 13
Hearing Date: December 05, 2018
Hearing Time: 9:30 a.m.
Hearing Location:
    U.S. Bankruptcy Court
    700 Stewart St #8106
    Seattle, WA 98101
Response Date: November 28, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

LUU LE,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 18-13536-TWD

OBJECTION TO MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

Jason Wilson-Aguilar, Chapter 13 Trustee, objects to counsel's Motion for Order Authorizing Withdrawal of Counsel (ECF No. 16):

Debtor's counsel requests that the Court allow him to withdraw as counsel for the debtor. There are two mechanisms for withdrawal: substitution and withdrawal under Local Bankruptcy Rule 2089-1(a) and withdrawal under Local Bankruptcy Rule 2089-1(b). The former is not applicable here, as counsel is moving to withdrawal under the latter provision. Withdrawal under the latter provision must be accomplished by approval of the Court.

"The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court." *Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081, 1087 (7th Cir. 1982). Courts may consider

> (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case.

*Kassab v. San Diego Police Department*, No. 07cv1071 2008 WL 251935, at * 1 (S.D. Cal. Jan. 29, 2008 (citation omitted).

OBJECTION TO MOTION FOR ORDER
AUTHORIZING WITHDRAWAL OF
COUNSEL - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Counsel does not cite any reason why he needs to withdraw as counsel for the debtor. While the Trustee certainly does not intend to intrude on the attorney-client relationship, he is concerned about the basis (or lack thereof) for the motion. Moreover, the debtor's case generally and schedules specifically have many problems. *See Trustee's Objection to Confirmation (ECF No. 13)*. Counsel has represented the debtor in three Chapter 13 bankruptcy cases (Case No. 14-13946-MLB; Case No. 14-14389-TWD; and the present case) and it is somewhat concerning that the debtor's current case has so many problems that should have or could have been addressed at the outset of the case. Given the problems with the debtor's case, it would be concerning if the debtor has to proceed without counsel. In any event, the Trustee raises these concerns for the Court's consideration.

WHEREFORE, the Chapter 13 Trustee requests that the Court deny the Motion for Order Authorizing Withdrawal of Counsel.

Dated this 6th day of November 2018

                                  */s/ Jason Wilson-Aguilar*, WSBA #33582 for
                                  JASON WILSON-AGUILAR
                                  Chapter 13 Trustee

OBJECTION TO MOTION FOR ORDER
AUTHORIZING WITHDRAWAL OF
COUNSEL - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 18-13536-TWD    Doc 18    Filed 11/06/18    Ent. 11/06/18 09:41:44    Pg. 2 of 2