UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT ~~OF VIRGINIA~~ OF WASHINGTON

MOTION TO CONTINUANCE

In re: Requesting for Continuance 341
Luu Le
8823 Renton Ave S., #2
Seattle Wa 98118



LUU LE

    Debtor(s).

Chapter 13

Case No. 18-13536
Judge: Timothy W. Dore

## AMENDED CHAPTER 13 PLAN COVER SHEET AND NOTICE OF HEARING

The attached plan is an amended plan that replaces the ☒confirmed or ☐ unconfirmed plan dated Click here to enter a date..

The Court shall hold a hearing on confirmation of the attached plan and any timely filed objections on **Wednesday, December 12, 2018, at** Choose an item., at Choose an item..

The following describes the section(s) of the plan being amended, the change in treatment, the affected creditor(s), and the impact of the change:

| Section of Plan | Change in Treatment | Creditor | Impact of Change |
|---|---|---|---|
| SECTION IV.B. | TAX parcels; 170824110020, 170813440010, 170824110080 In Grays Harbor County | Grays Harbor County Treasurer P.O. Box 831 Montesano, WA 98563 360-249-3751 | Property tax was owed in total $9,255.43 |

_____ Luu Le
Counsel for Debtor(s)

*Counsel for the debtor shall file a separate certification of mailing and/or service of the amended chapter 13 plan and this cover sheet, unless the Court orders otherwise.*

FILED

18 DEC 13 AM 10:08

M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY_____DEP. CLK

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ~~VIRGINIA~~ WASHINGTON

**341 CONTINUANCE LETTER**
December 10, 2018

| | |
|---|---|
| In re: Requesting for Continuance 341 | United States Courthouse |
| Luu Le | 700 Stewart St. #4107 |
| 8823 Renton Ave S., #2 | Seattle WA 98101 |
| Seattle WA 98118 | phone 206-624-5124 |
| | |
| LUU LE | Chapter 13 |
| | |
| Debtor(s). | Case No. 18-13536 |
| | Judge: Timothy W. Dore |

## AMENDED CHAPTER 13 PLAN COVER SHEET AND NOTICE OF HEARING

The attached plan is an amended plan that replaces the ☒confirmed or ☐ unconfirmed plan dated December 19, 2018.

The Court shall hold a hearing on confirmation of the attached plan and any timely filed objections on **Wednesday, December 12, 2018, at** Choose an item., **at** Choose an item..

I, Luu Le would like to request for continuance for CHAPTER 13 was filed. Included the addmendment, bank statements, 2015 tax file, other creditors contact information.

*[signature]*
_____
Luu Le
Counsel for Debtor(s)

*Counsel for the debtor shall file a separate certification of mailing and/or service of the amended chapter 13 plan and this cover sheet, unless the Court orders otherwise.*

# PROFIT & LOSS STATEMENT

Business Name _____ Date December 5, 2018

Address 8823 RENTON AVE S. #2    For Month of December, 2018

SEATTLE WA 98118    Case # 18-13536 TWD *

Income/Sales/Revenue  5800.00
Less Purchases
 (Cost of Goods Sold) 1195.00
Net  4,605.00
Other Income  0

Total Revenue (+)  4,605.00

## EXPENSES

| | |
|---|---|
| Wages | 0 |
| Rent | 0 |
| Advertising | 0 |
| Bad Debts | 0 |
| Gas/Oil | 300.00 |
| Depreciation | 0 |
| Freight/Delivery | 0 |
| Insurance | 0 |
| Legal/Accounting | 0 |
| Supplies | 500.00 |
| Licenses | 0 |
| Telephone | 45 |
| Utilities | 50 |
| Postage | 0 |
| Repairs/Maintenance | 0 |
| B & O Tax | 0 |
| Property Tax | 0 |
| Unemployment Sec. | 0 |
| Department of L & I | 0 |
| Department of Revenue | 0 |
| IRS 940 | 0 |
| IRS 941 | 0 |
| IRS 1040SE | 300.00 |
| Other | 0 |

Total Expenses (-)  1195.00

PROFIT (LOSS)  _____

INCLUDE WITH THIS: (If applicable)

a) copy of tax reports filed with taxing agencies for proof of payment
b) copy of 1040ES (quarterly estimated IRS taxes)
c) ending month account receivable balance
d: ending balance in checkbook

Debtor 1 __Luu Le__
First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1 Internal Revenue Service**
Creditor's Name

M/S W244
915 2nd Ave.
Seattle, WA 98174
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
All Debtor'sreal property in King County

Column A: Unknown   Column B: $0.00   Column C: Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

**2.2 King County**
Creditor's Name

Business Operations Division
Administration Building, 6th F
500 Fourth Avenue, #600
Seattle, WA 98104-4387
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
12501 S.E. Petrovisky Rd., Renton, WA 98058

Column A: $27,439.39   Column B: $235,000.00   Column C: $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Official Form 106D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 4
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 18-13536-TWD   Doc 1   Filed 09/10/18   Ent. 09/10/18 17:42:51   Pg. 20 of 52
Case 18-13536-TWD   Doc 35   Filed 12/13/18   Ent. 12/14/18 12:40:50   Pg. 4 of 7

| Debtor 1 | Luu Le | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Date debt was incurred | | Last 4 digits of account number | 0105 | |

### 2.3 King County
**Creditor's Name**

Business Operations
Division
Administration Building,
6th F
500 Fourth Avenue, #600
Seattle, WA 98104-4387

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
12601 S.E.Petrovisky Rd. Renton,
WA 98058  King County
Residence/investment property

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,439.39**   **$294,000.00**   **$0.00**

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | | Last 4 digits of account number | |

### 2.4 Mortgage Lender #1
**Creditor's Name**

HELMUT + LOURDES BROKA
12602 SE PETROVITSKY Rd
RENTON WA 98058
C/o 707 E Harrison St.
Seattle, WA 98102

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
Security: Property at 12601 S.E.
Petrovisky Rd. Renton, WA 98058

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**   **$185,000.00**   **$0.00**

No payment now (defer for 2yr)

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   First Mortgage

| Date debt was incurred | | Last 4 digits of account number | |

### 2.5 Mortgage Lender #1
**Creditor's Name**

C/o 707 E Harrison St.
Seattle, WA 98102

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
12601 S.E.Petrovisky Rd. Renton,
WA 98058 King County
Residence/investment property

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**   **$294,000.00**   **$0.00**

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | | Last 4 digits of account number | |

| 2.6 | Mortgage Lender #2 | Describe the property that secures the claim: | $220,000.00 | $150,000.00 | $70,000.00 |

Creditor's Name: CHRIS MAZAR + ARTURO CORTEZ
10051 24TH AVE SW
SEATTLE WA 98146

C/o 707 E Harrison
Seattle, WA 98102
Number, Street, City, State & Zip Code

Security: property at 10051 24th Ave. S.W., Seattle, WA 98106 Vacant land, to be surrendered

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  First Mortgage

Handwritten note: No mortgage payment. plan to sale to pay off

Date debt was incurred _____    Last 4 digits of account number _____

| 2.7 | Mortgage Lender #2 | Describe the property that secures the claim: | $205,000.00 | $138,000.00 | $67,000.00 |

Creditor's Name

C/o 707 E Harrison
Seattle, WA 98102
Number, Street, City, State & Zip Code

10051 24th Ave. S.W. Seattle, WA 98106 King County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.8 | Mortgage Lender #3 | Describe the property that secures the claim: | $225,000.00 | $244,000.00 | $0.00 |

Creditor's Name: EASTSIDE FUNDING LLC
3927 LAKEWASHINGTON BLVD NE
KIRKLAND WA 98033

C/o 707 E Harrison
Seattle, WA 98102
Number, Street, City, State & Zip Code

3804 23rd Ave. S.W. Seattle, WA King County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Handwritten note: Currently taking over by partner.
Mr. MOUSTAFA SARUJ
9020 HARTWICK WAY
SACRAMENTO, CA 95828
Tel (916) 612-7862

Date debt was incurred _____    Last 4 digits of account number _____

| 2.9 | SW Suburban Sewer District | Describe the property that secures the claim: | $2,828.00 | $150,000.00 | $0.00 |

17840 Des Moise Memorial Dr
Burien WA

| Creditor's Name | |
|---|---|
| | Security: property at 10051 24th Ave. S.W. Seattle, WA 98106 |
| 431 S.W. Ambaum Blvd.<br>Seattle, WA 98166-2462 | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Number, Street, City, State & Zip Code | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Utility Lien** |

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:  $762,706.78

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $762,706.78

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Kerry Keefe**
**Assistant U.S. Attorney**
**700 Stewart St.**
**Seattle, WA 98101-1271**

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Margaret Pahl**
**W400 King County Courthouse**
**516 Third Ave.**
**Seattle, WA 98104**

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number ___